No. 923. R. L. MOULDEN, TRUSTEE, ETC., PETITIONER, *v.* PARLIN & ORENDORFF IMPLEMENT COMPANY ET AL.

April 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jesse P. Yates* for the petitioners. *Mr. Francis Marion Etheridge,* and *Mr. Joseph Manson McCormick* for the respondents.

---

